# MORRISON MAHONEY

### COUNSELLORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2020__

Demi Sophocleous
Direct Phone: 212-428-2498
Direct Fax: 646-576-8913
dsophocleous@morrisonmahoney.com

Robert E. Brann
Direct Phone: 646-870-1743
Direct Fax: 646-588-0212
rbrann@morrisonmahoney.com

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NEW YORK 10005
212-825-1212
FACSIMILE: 212-825-1313

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

November 3, 2020

***Via Electronic Filing***

The Honorable Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 21A
New York, NY 10007-1312

ENDORSEMENT: The parties shall file another joint letter regarding the status of discovery on January 6, 2021. The Clerk of Court is directed to terminate the Letter Motion at ECF No. 25. SO ORDERED.
Dated: November 4, 2020

Re:   **Rochez, et ano. v. BJ's Wholesale Club Inc.**
      **1:20-cv-03066-SDA**

Dear Judge Aaron:

Our office represents the defendant, BJ's Wholesale Club, Inc., in the above-referenced action.  We submit this joint discovery letter - which has been reviewed and approved by plaintiffs' counsel - pursuant to Your Honor's initial Case Management Plan dated May 13, 2020.

All parties have responded to paper discovery and there are presently no outstanding demands for documents or authorizations.  Our office plans to soon serve Post-Deposition Demands upon plaintiffs' counsel, to which plaintiffs will respond within thirty (30) days.  One of the plaintiffs, Magdalena Rochez, was deposed on October 21, 2020.  At the end of Mrs. Rochez's deposition, plaintiffs' counsel advised that they would evaluate whether they would continue to pursue a derivative claim in the name of Mrs. Rochez's husband, German Rochez.  If so, German Rochez will be produced for a deposition on or before December 1, 2020.  The deposition of a witness from BJ's is currently scheduled for November 4, 2020.  Should Mr. Rochez's derivative claims be pursued, the deposition of a witness from BJ's shall be held soon after Mr. Rochez's deposition but not later than December 18, 2020.  Finally, our office is planning on scheduling an orthopedic IME of Mrs. Rochez to be held within the next forty-five (45) days, leaving the parties ample time to complete expert discovery.  We currently foresee no obstacles in completing discovery in accordance with Your Honor's initial Case Management Plan issued May 13, 2020.

**MORRISON MAHONEY LLP**

November 3, 2020
Page 2

We thank Your Honor for your time and consideration of the instant matter.

Respectfully submitted,

**MORRISON MAHONEY LLP**

*Demi Sophocleous*
Demi Sophocleous

*Robert E. Brann*
Robert E. Brann

cc:    ***Via E-Mail – sfalkoff@rmfwlaw.com***
Steven Falkoff
Rosenberg Minc Falkoff & Wolff LLP
Attorneys for Plaintiffs
122 E. 42nd Street
New York, NY 10168
212-697-9280