

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Magdalena Rochez, et al.,

                    Plaintiffs,

-against-

BJ'S Wholesale Club, Inc.,

                    Defendant.

1:20-cv-03066 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        Pursuant to the Court's Order, dated November 4, 2020 (ECF No. 26), the parties were to file a joint letter regarding the status of discovery on January 6, 2021. In view of the Court's recent adjournment of all discovery deadlines (*see* Order, ECF No. 30), that joint status letter instead shall be filed on February 17, 2021.

**SO ORDERED.**

DATED:     New York, New York
               January 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge