UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Magdalena Rochez et al.,

                Plaintiffs,

-against-

BJ'S Wholesale Club, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2021

1:20-cv-03066 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, United States Magistrate Judge:**

    It having been reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
             September 28, 2021

_____
STEWART D. AARON
United States Magistrate Judge